HONORABLE THOMAS S. ZILLY

UNITED STATES DISCTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TODD PHELAN,<br><br>　　　　Defendant. | Cause No.  CR16-45 TSZ<br><br>**ORDER GRANTING CONTINUANCE** |

　　　THE COURT has considered Defendant Phelan's unopposed motion for a continuance of his trial date from April 18, 2016.  Defense counsel has indicated by way of his motion that he requires additional time to prepare the case for trial.  Based upon defense counsel's motion, the Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary in order to ensure defense counsel sufficient time for case preparation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial within the meaning of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

　　　THE COURT further finds that the period of time from the current trial date of April 18, 2016, until the new trial date, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(i) and (iv).

ORDER GRANTING CONTINUANCE - 1

C:\Users\kdews\AppData\Local\Temp\notesD06208\continue order.doc

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818

IT IS THEREFORE ORDERED that the pre-trial motions due date is continued to May 31, 2016 and trial date in this matter is continued to August 8, 2016.

DATED this 1st day of April, 2016.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

Presented by:

/s/Gilbert H. Levy
Gilbert H. Levy, WSBA #4805
Attorney for Defendant

ORDER GRANTING CONTINUANCE - 2

C:\Users\kdews\AppData\Local\Temp\notesD06208\continue order.doc

*Gilbert H. Levy*
Attorney at Law
2125 Western Avenue, Ste 330
Seattle, Washington  98121
(206) 443-0670  Fax: (866) 471-6818